UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUCAS JOHN POBUTKIEWICZ,

    Defendant
_____/

Case No. 1:26-MJ-00057

HON. SALLY BERENS
U.S. Magistrate District Judge

**COMPLAINT**
**PENALTY SHEET**

**COUNT 1: Sexual Exploitation of a Minor – 18 U.S.C. § 2251(a), (e)**

**Minimum penalty:** Not less than 15 years nor more than 30 years imprisonment and/or $250,000 fine [18:3571]

**Supervised Release Minimum:** Not less than 5 years nor more than life imprisonment [18:3583]

**Special Assessments**: $ 100 + $5,000 [18 U.S.C. § 3013; 3014]

**Other Special Assessment**: Up to $50,000 [18:2259A]

**Restitution**: Mandatory [18:3663A]

**Other**: Sex Offender Registration

**COUNT 2: Transportation of a Minor with Intent to Engage in Criminal Sexual Activity – 18 U.S.C. § 2423(a)**

**Minimum penalty:** Not more than 10 years imprisonment [18:2422(b); 18:2423(a)]

**Maximum penalty:** Life imprisonment and/or $250,000 fine [18:2422(b); 18:2423(a); 18:3571]

**Supervised Release:** 5 years to life [18:3583]

**Special Assessment:** $100 [18:3013]

**Additional Special Assessment:** $5,000 [18:3014]

**Restitution:** Mandatory [18:3663A]

**Other**: Sex offender registration

Date:  February 11, 2026                             */s/ Constance R. Turnbull*
                                                                  Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046